# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02493-BNB

MARCUS L. FREEMAN,

    Applicant,

v.

BLAKE R. DAVIS, Warden,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant'ss Motion for Discovery (Doc. # 9), filed on November 30, 2009, is DENIED as premature.

    Dated:  December 1, 2009