IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02493-DME-MJW

MARCUS L. FREEMAN,

      Petitioner,

v.

BLAKE R. DAVIS, Warden,

      Respondent.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      Before the court is a letter from the petitioner to Judge Ebel (Docket No. 27), which has been docketed as a motion, in which petitioner seeks an investigation into the handling of some of his legal mail and an order directing people to be charged with felonies.  It is hereby

      **ORDERED** that the petitioner's motion for an investigation **(Docket No. 27)** is **denied**.  Petitioner's concerns and allegations about the handling of his mail is a matter that should be addressed administratively pursuant to Bureau of Prisons regulations rather than through the court in this case.  Furthermore, the documents listed by plaintiff which he asserts he did not receive also appear to be absent from the Response (Docket No. 27) filed with the court.  Moreover, such documents were not considered or needed by the court when issuing today's report and recommendation on the habeas petition.

Date: April 19, 2010